UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JANET TOMAINO AND SANTINO TOMAINO,

                Plaintiffs,

  -against-

KEVIN KEYES, JOHN DOE, individually and as a
police officer of the Suffolk County, New York Police
Department, RICHARD ROE, individually ans as a
police officer of the Suffolk County, New York Police
Department, MARY MOE, individually and as a police
officer of Suffolk County, New York Police Department,
HENRY HO, individually and as an employee of the
Suffolk County, New York Sheriff's Department and
COUNTY OF SUFFOLK, NEW YORK,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
05-CV- 3915 (BMC)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ MAY 2 4 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on May 22, 2007, granting defendants' motion for summary judgment; and dismissing plaintiffs' complaint; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that defendants' motion for summary judgment is granted; and that plaintiffs' complaint is dismissed.

Dated: Brooklyn, New York
       May 22, 2007

                                            /s/ RCH
                                          ROBERT C. HEINEMANN
                                          Clerk of Court